UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JEFFREY HENRY,

    Plaintiff

v.

CLICK BOND,

    Defendant

Case No.: 3:25-cv-00208-CSD

**Order**

Re: ECF Nos. 11, 18, 26, 28, 31

Before the court are the following motions:

(1) Defendant Click Bond's motion to dismiss the original complaint. (ECF No. 11.)

(2) Click Bond's motion to strike Plaintiff Jeffrey Henry's response to the motion to dismiss. (ECF No. 18.)

(3) Click Bond's motion to strike Plaintiff's notice of supplemental evidence (ECF No. 19) and second notice of supplemental evidence (ECF No. 21). (ECF No. 26.)

(4) Henry's motion for leave to file an amended complaint and proposed amended complaint. (ECF Nos. 28, 28-1.)

(5) Click Bond's motion to strike Plaintiff's notice of exhausted efforts and request for ruling (ECF No. 29) and notice of procedural mootness regarding Click Bond's motions (ECF No. 30). (ECF No. 31.)

**I. BACKGROUND**

Henry filed this complaint related to his employment with Click Bond. He alleges that he identified and reported environmental and safety violations, and after engaging in this reporting, he was retaliated against by Click Bond and ultimately terminated from his position. He asserts

claims for retaliation and sex discrimination under Title VII of the Civil Rights Act, whistleblower retaliation for reporting the environmental and safety violations, and wrongful termination in violation of public policy. (ECF No. 4.)

Click Bond moved to dismiss the original complaint. (ECF No. 11.) Henry filed a response (ECF No. 17), which Click Bond has moved to strike (ECF No. 18). Henry then filed two notices of supplemental evidence (ECF Nos. 19, 21), which Click Bond also moves to strike. (ECF No. 26.)

Henry has filed a motion for leave to file an amended complaint and proposed amended complaint. (ECF Nos. 28, 28-1.)

Henry has also filed a notice of exhausted efforts and request for a ruling (ECF No. 29) as well as a notice of procedural mootness regarding Click Bond's motions (ECF No. 30), which Click Bond has moved to strike (ECF No. 31).

## II. DISCUSSION

"A party may amend its pleading once as a matter of course within: (A) 21 days after serving it, or (B) if the pleading is one to which a responsive pleading is required, 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier." Fed. R. Civ. P. 15(a)(1)(A), (B).

Henry filed his motion for leave to amend and proposed amended complaint within 21 days of service of Click Bond's motion to dismiss. As such, Henry is entitled to amend as a matter of course, and the court will grant his motion for leave to amend, although it was not required to be filed as a motion. As a result, Click Bond's motion to dismiss (ECF No. 11) and its motions to strike (ECF Nos. 18, 26, 31) are denied as moot.

The court notes, however, that in the future, Henry shall refrain from filing "notices" with the court. For example, a notice advising the court of the procedural mootness of motions is unnecessary as the court is capable of making this determination on its own. Plaintiff is also advised that he is not permitted to file supplemental briefing without leave of court and a showing of good cause. *See* LR 7-2(g). A party may file a motion, the opposing party may file a response, and the moving party may file a reply brief. Supplemental briefing filed without leave of court will be stricken.

### III. CONCLUSION

Henry's motion for leave to amend (ECF No. 28) is **GRANTED**. The Clerk shall **FILE** the amended complaint (ECF No. 28-1), which is now the operative pleading.

Click Bond's motion to dismiss (ECF No. 11), as well as its motion to strike (ECF Nos. 18, 26, 31) are **DENIED AS MOOT**.

Click Bond must file an answer or other responsive pleading on or before **September 9, 2025**.

**IT IS SO ORDERED**.

Dated: August 19, 2025

_____
Craig S. Denney
United States Magistrate Judge