UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JEFFERY HENRY, | Case No.: 3:25-cv-00208-CSD |
| Plaintiff | **Order** |
| v. | Re: ECF No. 56 |
| CLICK BOND, INC., | |
| Defendant | |

Plaintiff has filed a motion for leave to file a second amended complaint. (ECF No. 56.) Defendant does not oppose. (ECF No. 57.) Good cause appearing, Plaintiff's motion for leave to file a second amended complaint (ECF No. 56) is GRANTED. Plaintiff must number each paragraph of his proposed second amended complaint, in accordance with Federal Rule of Civil Procedure 10(b), and file it on the docket within ten days of the date of this order. Defendant will have twenty-one days from service of the Second Amended Complaint to file a responsive pleading or motion pursuant to Federal Rule of Civil Procedure 12(b).

**IT IS SO ORDERED**.

Dated: October 16, 2025

_____
Craig S. Denney
United States Magistrate Judge