1  **O'HAGAN MEYER**
   MARCUS LEE (Nevada Bar No. 15769)
2  E: MLee@ohaganmeyer.com
   JORGE "COCO" PADILLA (Nevada Bar No. 16295)
3  E: JPadilla@ohaganmeyer.com
   300 S. 4th Street, Suite 1250
4  Las Vegas, NV 89101
   Telephone: 725.286.2801

*Attorneys for Click Bond*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| JEFFERY HENRY | Case No. 3:25-cv-00208-CSD |
|---|---|
| Plaintiff, | **Stipulation and Order to Dismiss Entire Action with Prejudice** |
| vs. | |
| CLICK BOND | |
| Defendant. | |

Plaintiff JEFFERY HENRY ("Plaintiff") and Defendant CLICK BOND ("Defendant"), by and through their respective counsel of record, hereby stipulate and agree to the dismissal of this action in its entirety, with prejudice, with each party to bear his or its own costs and attorneys' fees.

/ / /

/ / /

/ / /

/ / /

Page 1

1  The parties agree that neither party shall be deemed to be a prevailing party in this
2  action and that neither party will file for an award of attorneys' fees or costs pursuant to any
3  rule, statute, or law, whether local, state, or federal, in any forum that would be available.
4  Dated this 6th day of January, 2026

| /s/ Jeffery Henry | /s/ Coco Padilla |
|---|---|
| JEFFERY HENRY | MARCUS J. LEE |
| *Plaintiff, pro se* | Nevada Bar No. 15769 |
|  | JORGE "COCO" PADILLA |
|  | Nevada Bar No. 16295 |
|  | O'HAGAN MEYER PLLC |
|  | 300 S. 4th Street, Suite 1250 |
|  | Las Vegas, Nevada 89101 |
|  | *Attorneys for Defendant* |

**IT IS SO ORDERED.**

Dated: January 6, 2026

_____
Craig S. Denney
United States Magistrate Judge